1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

8
9
10  LABORERS INTERNATIONAL      )   Case No. 2:11-cv-00928-ECR-LRL
    UNION OF NORTH AMERICA      )
    LOCAL NO. 872,              )
11                              )   MINUTES OF THE COURT
                                )
12            Petitioner,       )
                                )
13  vs.                         )   Date: July 12, 2011
                                )
14  GENE COLLINS dba SOUTHERN   )
    NEVADA FLAGGERS &           )
15  BARRICADES,                 )
                                )
16            Respondent.       )
                                )
17  _____)

18  PRESENT:   EDWARD C. REED, JR.        U. S. DISTRICT JUDGE

19  Deputy Clerk:   COLLEEN LARSEN   Reporter:   NONE APPEARING

20
    Counsel for Plaintiff(s)        NONE APPEARING
21
    Counsel for Defendant(s)        NONE APPEARING
22
    MINUTE ORDER IN CHAMBERS
23
         Petitioner filed a Motion to Relate and Reassign Case (#5) on June 22,
24  2011.  No objection was filed.

25       IT IS ORDERED that the Motion to Reassign case (#5) is granted and this
    action is transferred to the Honorable Lloyd D. George.
26
27                              LANCE S. WILSON, CLERK

28                              By    /s/
                                   Deputy Clerk