**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 872, | 2:11:cv-0928-LDG-CWH |
| Plaintiff, | ORDER |
| v. | |
| GENE COLLINS, etc., | |
| Defendant. | |

THE COURT HEREBY ORDERS that respondent's motion for sanctions (#10, response #14, reply #16) is DENIED without prejudice to its refiling after disposition of the petition to compel arbitration.

Dated this 23 day of March, 2012.

_____
Lloyd D. George
United States District Judge